UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.  CR-11-0108-EFS-01 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE USAO'S MOTION TO DISMISS COUNT 25 OF THE SECOND SUPERSEDING INDICTMENT** |
| ISIDRO MADRIGAL-GALVAN, | |
| Defendant. | |

Sentencing occurred in the above-captioned matter on March 19, 2013.  Defendant Isidro Madrigal-Galvan was present, represented by David Partovi.  Assistant U.S. Attorney Timothy Ohms appeared on behalf of the U.S. Attorney's Office (USAO).  Before the Court was the USAO's Motion to Dismiss Count 25 of the Second Superseding Indictment as to Defendant Isidro Madrigal-Galvan, ECF No. 647.  Having reviewed the pleadings filed in connection with the motion, the Court was fully informed and granted the USAO's motion; this Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Criminal Procedure 48(a), the USAO's Motion to Dismiss Count 25 of the Second Superseding Indictment, ECF No. 647, is **GRANTED**.

//

ORDER GRANTING THE USAO'S MOTION TO DISMISS COUNT
25 OF THE SECOND SUPERSEDING INDICTMENT - 1

2.   Count 25 of the Second Superseding Indictment, **ECF No. 267**, is **DISMISSED WITH PREJUDICE** as to Defendant Isidro Madrigal-Galvan.   The Court makes no judgment as to the merit or wisdom of this dismissal.

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this __25th__ day of March 2013.

<pre>
                    s/ Edward F. Shea
                  _____
                       EDWARD F. SHEA
                  Senior United States District Judge
</pre>